KDE:PAS/NEM
F. #2017R00089

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

ENRIQUE RIVAS,
    also known as "Kike,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND
COMPLAINT IN SUPPORT
OF APPLICATION FOR
ARREST WARRANT

Cr. No. 19-M-841

(18 U.S.C. §§ 1959(a)(5) and 2)

EASTERN DISTRICT OF NEW YORK, SS:

      DOUGLAS HUMPHREY, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      On or about August 25, 2019, within the Eastern District of New York and elsewhere, the defendant ENRIQUE RIVAS, also known as "Kike," together with others, for the purpose of gaining entrance to and maintaining and increasing position in La Mara Salvatrucha, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to murder the Victim, in violation of New York Penal Law Section 125.25 and 105.15.

      (Title 18, United States Code, Sections § 1959(a)(5) and 2)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for more than four years.   I am currently assigned to Squad C-13 in the New York Field Office, Brooklyn/Queens Resident Agency, where I investigate gangs, narcotics trafficking, firearms trafficking, fraud and other offenses.   During my tenure working for the FBI, I have participated in numerous investigations of criminal enterprises.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history records; and from reports of other law enforcement officers involved in the investigation.

## The Enterprise

2.     Based on information provided through the debriefing of cooperating witnesses and confidential informants, reviewing electronic surveillance and speaking with other law enforcement agents, among others, I am aware of the following facts, among others, about La Mara Salvatrucha, also known as the "MS-13" (hereinafter the "MS-13" or the "enterprise").

3.     MS-13 was a street gang comprised primarily of immigrants from Central America, with members located throughout Queens, New York, Long Island, New York, and elsewhere, divided into local chapters, or "cliques."   MS-13, including its leadership, members and associates, constituted an "enterprise" as defined by Title 18,

_____

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

4.      MS-13, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(l) and 1961(1), that is, acts and threats involving murder, robbery and narcotics trafficking that are chargeable under New York Penal Law and punishable by imprisonment for more than one year, acts indictable under Title 18, United States Code, Section 1512 (witness tampering) and offenses involving narcotics trafficking indictable under Title 21, United States Code, Sections 841 and 846.

5.      MS-13 routinely held meetings to plan criminal activity and members paid dues into a treasury. The treasury funds were used to purchase firearms, ammunition and to promote other illegal activity. Participation in criminal activity by a member, especially violence directed at rival gangs or MS-13 members or associates believed to have violated the gangs' rules, increased the respect afforded to the member and could result in promotion to a leadership position. Members of the MS-13 sometimes signified their membership with the colors of blue and white, and with graffiti and tattoos reading, among other things, "13," "MS" and "MARA SALVATRUCHA," frequently written in gothic lettering. MS-13 members are frequently involved in violent altercations with members of rival gangs, including the 18th Street gang.

<u>Purpose of the Enterprise</u>

6.      The purposes of the enterprise included the following:

a.      Promoting and enhancing the prestige, reputation and position of the enterprise with respect to rival criminal organizations.

b.      Preserving and protecting the power, territory and criminal ventures of the enterprise through the use of intimidation, threats of violence and acts of violence, including assault and murder.

c.      Keeping victims and rivals in fear of the enterprise and its members and associates.

d.      Enriching the members and associates of the enterprise through criminal activity, including robbery and narcotics trafficking.

e.      Ensuring discipline within the enterprise and compliance with the enterprise's rules by members and associates through threats of violence and acts of violence.

<u>Means and Methods of the Enterprise</u>

7.      Among the means and methods by which members of MS-13 and their associates conducted and participated in the conduct of the affairs of the enterprise were the following:

a.      Members of MS-13 and their associates committed, attempted to commit and threatened to commit acts of violence, including murder, attempted murder, robbery and assault, to enhance the enterprise's prestige and protect and expand the enterprise's criminal operations.

b.      Members of MS-13 and their associates used and threatened to use physical violence against various individuals, including members of rival criminal organizations and against MS-13 members or associates believed to have violated the enterprise's rules.

c.      Members of MS-13 and their associates used, attempted to use and conspired to use robbery and narcotics trafficking as means of obtaining money.

### The Defendant

8.      The defendant ENRIQUE RIVAS, also known as "Kike," was a member of the MS-13.

### Assault and Attempt to Murder the Victim

9.      Based on my training, experience and participation in the investigation, I believe that the 18th Street gang is a gang comprised primarily of immigrants from Central America, with members located throughout Queens, New York and elsewhere, divided into local chapters or "cliques."   I believe that MS-13 and 18th Street have an ongoing rivalry that has resulted in various historical acts of violence.

10.     On or about August 25, 2019, in the vicinity of 37-86 103rd Street in Queens, New York, the defendant, defendant ENRIQUE RIVAS, also known as "Kike," and two co-conspirators ("CC-1" and "CC-2") participated in an attack on the Victim ("the Victim").   Specifically, surveillance footage recovered from the vicinity of 37-86 103rd Street depicts RIVAS, CC-1 and CC-2 exiting a red Nissan Pathfinder in front of the location where they carried out the assault.   Surveillance footage further captured RIVAS, CC-1 and CC-2 get out of a red Nissan Pathfinder and RIVAS approach the Victim, who was on a bike at the time.   As CC-1 and CC-2 approached the Victim, CC-1 put up the hood of his sweatshirt partially covering his face and head and CC-2 put on a bandanna covering the lower half of his face below his nose.   Surveillance footage next depicts RIVAS approach the Victim and verbally confronted the Victim as he (RIVAS) pulled up the Victim's shirt up

to the Victim's neck exposing the Victim's entire chest.[2]

11.    Thereafter, RIVAS repeatedly punched the Victim about the face and body and the Victim then falls to the ground at which point RIVAS, CC-1 and CC-2 punched and kicked the Victim in the face and body.   During the attack, the Victim removed what appeared to be a knife from his person in an attempt to defend himself from his attackers. RIVAS then got onto the Victim's bike and attempted to ride away from the Victim as the Victim chased RIVAS, CC-1 and CC-2.

12.    Surveillance footage recovered from the vicinity of 37-86 103rd Street, which is located between 37th and 39th avenues, in Queens then depicts the Victim running towards 39th avenue after RIVAS, CC-1 and CC-2.   They run approximately less than a city block at which point the surveillance footage depicts RIVAS running after the Victim. RIVAS then produces what appears to be a light colored firearm and repeatedly discharges the firearm in the direction of the Victim from approximately the length of two store fronts. Multiple muzzle flashes are captured on the surveillance footage.

13.    Thereafter, additional surveillance footage from outside the vicinity of a sports bar located at 37-64 103rd Street, in Queens, New York captured a second individual ("the bystander"), whose identity is known to the undersigned, appear to double over in pain. The bystander was interviewed by law enforcement representatives later that evening and relayed, in sum and substance and in part that he was walking home from the sports bar when he saw a fight and then heard what he believed was approximately five gunshots and then felt

---

[2]    I know based upon my training and experience and reports from other law enforcement agents involved in the investigation of the MS-13 that MS-13 gang members will verbally or physically check or inspect other suspected rival gang members, including 18th Street gang members for gang tattoos.

pain in his left calf.   He then realized he had been shot in his left calf.   The bystander was treated at a nearby hospital for a gunshot wound to his left calf.   Finally, additional surveillance footage from outside of the vicinity of 37-53 103rd Street captured RIVAS running away from the vicinity of the shooting with what appears to be a light colored firearm in his hand.

14.     On August 25, 2019, New York City Police Department ("NYPD") conducted a search for ballistics evidence at the scene of the shooting.   NYPD crime scene officers recovered four .25-caliber shell casings and one fired bullet on the sidewalk in front of 37-86 103rd street in Queens.

15.     On September 19, 2019, RIVAS was arrested by NYPD for the above described crime.   Following his arrest, RIVAS waived his Miranda rights verbally and agreed to be interviewed.   During an interview, which was video recorded, law enforcement officers showed RIVAS a still photograph from the surveillance video – referred to above – in which RIVAS' face was visible, as well as the Victim, and RIVAS was asked if he could identify anyone in the photo.

16.     RIVAS, responded, in sum and substance and in part, that he was in the still photo along with the Victim and that RIVAS believed that the Victim was a member of the 18th Street gang.   RIVAS further stated in sum and substance and in part, that he (RIVAS) had had a prior confrontation with the Victim.   Specifically, that approximately two weeks prior to the shooting, the Victim had approached RIVAS and indicated that he (the Victim) was an 18th Street gang member and asked if RIVAS was MS-13.   RIVAS then stated in sum and substance and in part, that the Victim slashed RIVAS in the leg with a knife.   RIVAS then showed the interviewing law enforcement officers a scar on his leg.

17.     RIVAS also explained that on the night of the shooting he was responsible for the shooting and he used a gun he had bought in Manhattan for approximately $800.   RIVAS said DM that he saw the Victim near the area where they had had their prior interaction.   After seeing the Victim, RIVAS then reached out to an acquaintance whom RIVAS paid $100 to drive him around and follow the Victim.   RIVAS further stated, in sum and substance and in part, that they drove around for approximately an hour following the Victim.   Surveillance footage from near the vicinity of the shooting corroborates that the red Nissan Pathfinder appears to pull ahead of the Victim and wait as the Victim rides his bike towards the red Nissan Pathfinder.   Finally, RIVAS stated, in sum and substance and in part, that he was a member of the MS-13.

WHEREFORE, your deponent respectfully requests that the defendant ENRIQUE RIVAS, also known as "Kike," be dealt with according to law.

DOUGLAS HUMPHREY
Special Agent, Federal Bureau of Investigation

Sworn to before me this
20th day of September, 2019

THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

8